UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DNA HEALTHCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DHRUV SIKKA and SIKKA HOLDINGS, LLC. d/b/a KNOWTIFI, <br><br> Defendants. | ECF Case <br><br><br> **Rule 7.1 Statement** |

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

DNA Healthcare, Inc.

(a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

There are none.

Dated: August 3, 2015

By: *Elizabeth Shieldkret*
Elizabeth Shieldkret (ES 0625)
67-20 Exeter Street
Forest Hills, NY 11375

(718) 997-0290
es@eshieldkret.com

Attorney for Plaintiff,
DNA Healthcare, Inc.